| Week | Starting Cash | Service Rev | Install Rev | Total Inflows | Materials | Payroll | Accounting Zinman and Denovo payroll processing | Maggie Legal Fee | Sub V Trustee | Ford Loan | Fuel |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Week 1 (5/4) | $25,000.00 | $600.00 | $15,000.00 | $15,600.00 | $4,000.00 | $6,073.85 | $3,345.00 | $300.00 | $500.00 | | |
| Week 2 (5/11) | $20,713.65 | $700.00 | $16,000.00 | $16,700.00 | $5,000.00 | $6,073.85 | | | | $747.00 | |
| Week 3 (5/18) | $20,778.41 | $500.00 | $12,000.00 | $12,500.00 | $5,000.00 | $6,073.85 | | | | | |
| Week 4 (5/25) | $21,693.90 | $500.00 | $14,000.00 | $14,000.00 | $5,000.00 | $6,073.85 | | | | | $1,400.00 |
| Week 5 (6/1) | $22,820.05 | $650.00 | $15,000.00 | $15,650.00 | $4,000.00 | $6,073.85 | $1,515.00 | $300.00 | $500.00 | | |
| Week 6 (6/8) | $20,715.05 | $500.00 | $15,000.00 | $15,500.00 | $5,000.00 | $6,073.85 | | | | $747.00 | |
| Week 7 (6/15) | $20,789.81 | $350.00 | $15,000.00 | $15,350.00 | $5,000.00 | $6,073.85 | | | | | $1,400.00 |
| Week 8 (6/22) | $21,945.30 | $200.00 | $11,500.00 | $11,700.00 | $5,000.00 | $6,073.85 | | | | | |
| Week 9 (6/29) | $22,571.45 | $600.00 | $16,000.00 | $16,600.00 | $4,000.00 | $6,073.85 | $315.00 | | | | |
| Week 10 (7/6) | $22,966.45 | $450.00 | $18,000.00 | $18,450.00 | $5,000.00 | $6,073.85 | $1,200.00 | $300.00 | $500.00 | $747.00 | $1,400.00 |
| Week 11 (7/13) | $22,664.35 | $500.00 | $12,000.00 | $12,500.00 | $5,000.00 | $6,073.85 | | | | | |
| Week 12 (7/20) | $24,017.36 | $400.00 | $13,000.00 | $13,400.00 | $5,000.00 | $6,073.85 | | | | | |
| Week 13 (7/27) | $24,622.85 | $400.00 | $13,000.00 | $13,400.00 | $5,000.00 | $6,073.85 | | | | | |
| | | | | | | | | | | | |
| **Totals** | | **$6,350.00** | **$185,500.00** | **$191,350.00** | **$62,000.00** | **$78,960.05** | **$6,375.00** | **$900.00** | **$1,500.00** | | **$4,200.00** |

| Week | EZ PASS | Rent | Utilities (Water/ Electric/ Waste Manage ment) | Insurance (COI/ Chubb/ Vehicle) | Software (Podium/Service Titan/Praxis/ Payzer) | Marketing | Phones Verizon Internet /Cable Comcast | Total Outflows | Net Cash Flow | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| Week 1 (5/4) | | | $701.10 | $2,872.65 | $1,513.00 | $400.00 | $180.75 | $19,886.35 | -$4,286.35 | |
| Week 2 (5/11) | $1,210.00 | $3,531.25 | | | $73.14 | | $462.18 | $16,635.24 | $64.76 | |
| Week 3 (5/18) | | | $401.10 | $109.56 | | | | $11,584.51 | $915.49 | |
| Week 4 (5/25) | | | | | | $400.00 | | $12,873.85 | $1,126.15 | |
| Week 5 (6/1) | | | $300.00 | $3,553.15 | $1,513.00 | | $180.75 | $17,755.00 | -$2,105.00 | |
| Week 6 (6/8) | | $3,531.25 | | | $73.14 | | | $15,425.24 | $74.76 | |
| Week 7 (6/15) | $1,210.00 | | $401.10 | $109.56 | | | $462.18 | $14,194.51 | $1,155.49 | |
| Week 8 (6/22) | | | | | | | | $11,073.85 | $626.15 | |
| Week 9 (6/29) | | | $350.00 | $3,553.15 | $1,513.00 | $400.00 | $180.75 | $16,205.00 | $395.00 | |
| Week 10 (7/6) | | $3,531.25 | | | | | | $18,752.10 | -$302.10 | |
| Week 11 (7/13) | | | | | $73.14 | | $462.18 | $11,146.99 | $1,353.01 | |
| Week 12 (7/20) | $1,210.00 | | $401.10 | $109.56 | | | | $12,794.51 | $605.49 | |
| Week 13 (7/27) | | | | | | | | $11,073.85 | $2,326.15 | |
| | | | | | | | | | | |
| Totals | $3,630.00 | $10,593.75 | $2,554.40 | $10,307.63 | $4,758.42 | $1,200.00 | $1,928.79 | $189,401.00 | $1,949.00 | |

| Week | | | | | | | |
|---|---|---|---|---|---|---|---|
| Week 1 (5/4) | | | | | | | |
| Week 2 (5/11) | | | | | | | |
| Week 3 (5/18) | | | | | | | |
| Week 4 (5/25) | | | | | | | |
| Week 5 (6/1) | | | | | | | |
| Week 6 (6/8) | | | | | | | |
| Week 7 (6/15) | | | | | | | |
| Week 8 (6/22) | | | | | | | |
| Week 9 (6/29) | | | | | | | |
| Week 10 (7/6) | | | | | | | |
| Week 11 (7/13) | | | | | | | |
| Week 12 (7/20) | | | | | | | |
| Week 13 (7/27) | | | | | | | |
| | | | | | | | |
| Totals | | | | | | | |