## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Dilling Pa, LLC,

                **Debtor.**

    **Chapter 11**

    **Bky. No.** 26-11548 (pmm)

## SUBCHAPTER V STATUS REPORT

*Note: must be filed 14 days prior to initial status conference*

Date of order for relief:  4/13/26

Trustee:  Hannah McCollum

Has the debtor attended an initial debtor interview?  Yes ☒  No ☐

    If no, please explain: _____

Has the trustee concluded the 341 meeting?  Yes ☐  No ☒

    If no, please explain: Debtor to Amend Schedules

Has the debtor filed all post-petition financial reports?  Yes ☒  No ☒

    If no, please explain: _____

Has the debtor filed all monthly operating reports?  Yes ☐  No ☒

    If no, please explain: April MOR is being Prepared

Is all relevant insurance in place and current?  Yes ☒  No ☐

    If no, please explain:

1

Has the debtor filed all applicable tax returns?                    Yes ☒   No ☐

     If no, please explain:

_____

Has the debtor paid all taxes entitled to administrative expense priority?  Yes ☒   No ☐

If no, please explain:

_____


Please detail the efforts the debtor has undertaken and will undertake to attain a consensual plan of reorganization:

All unsecured creditors will be paid from Debtor's disposible income.


Other relevant information:


**Note:** **Debtor must file a plan not later than 90 days after entry of order for relief,** unless the Court extends the deadline upon a finding that extension is "attributable to circumstances for which the debtor should not justly be held accountable." See, 11 U.S.C. § 1189(b).


This status report must be served on the trustee and all parties in interest.


Date: ____6/1/26____                      _____Maggie Solover_____
                                          **Attorney for Debtor**

2