**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In Re: | : | |
| | : | |
| | : | Chapter 11 |
| | : | |
| DILLING PA, LLC, | : | |
| | : | Case No. 26-11548 (PMM) |
| Debtor. | : | |
| | : | |

**ENTRY OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

TO THE CLERK OF THE BANKRUPTCY COURT:

PLEASE TAKE NOTICE THAT the Gentile Law Firm, LLC hereby appears in this case as counsel for creditor Peirce-Phelps, LLC in the above-captioned case, pursuant to section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"); and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); such counsel hereby requests, pursuant to Bankruptcy Rules 2002 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that all notices and pleadings given or filed in the above-captioned case be given and served upon the following:

Stanley R. Gentile, Esquire
Gentile Law Firm, LLC
220 South White Horse Pike
Audubon, New Jersey 08106
(856) 547-1100
(856) 547-1175 (fax)
sgentile@gentilelawfirm.com

Please take notice that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, the schedules, statements of financial affairs, operating reports, plans of reorganization and disclosure statement, and any notice, application,

complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise that is filed with regard to the referenced cases and the proceedings therein.

Please take further notice that this entry of appearance is not intended as, nor is it a consent to, jurisdiction of the Bankruptcy Court, and the Creditor does hereby waive any rights, including but not limited to (i) the right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) the right to a trial by jury in any proceeding so triable herein, or in any case, controversy, or proceeding related hereto; (iii) the right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Creditor is or may be entitled under agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Creditor expressly reserves.

Respectfully submitted,

**GENTILE LAW FIRM, LLC**
*Attorneys for Peirce-Phelps, LLC*


/s/Stanley R. Gentile
STANLEY R. GENTILE, ESQUIRE

Gentile Law Firm, LLC
220 South White Horse Pike
Audubon, New Jersey 08106
(856) 547-1100
(856) 547-1175 (fax)
sgentile@gentilelawfirm.com

Dated: June 4, 2026

2