IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | § § § | Chapter 11 |
| Dilling PA, LLC, | § § | Case No. 26-11548 (PMM) |
| *Debtor*. | § § § | |

## ORDER

**AND NOW**, whereas the above-captioned debtor and debtor-in-possession (the "Debtor") has elected to proceed with this case under Subchapter V of Chapter 11 of Title 11 of the United States Code, and the Court having held a status conference on June 10, 2026, and the Debtor's proposed plan of reorganization having been filed on July 13, 2026 (see doc. # 38), it is hereby **ORDERED** that the following dates and deadlines will govern the procedure of this case:

1.   Confirmation Hearing. The Court shall hold a hearing on confirmation of the Debtor's plan of reorganization  on **Wednesday, August 26, 2026**, at **9:30AM EST**, at the United States Bankruptcy Court, Robert N.C. Nix., Sr., Federal Building, Second Floor, Courtroom #3, 900 Market St., Philadelphia, Pennsylvania, 19107.

2.   Deadline to Make §1111(b)(2) Election. A secured creditor that wishes to make an election under 11 U.S.C. §1111(b)(2) must do so no later than **Wednesday, August 19, 2026**.

3.   Objections to Plan. **Wednesday, August 19, 2026**, is the deadline for filing and serving written objections to confirmation of the Debtor's plan of reorganization pursuant to Federal Rules of Bankruptcy Procedure 2002(b) and 3020(b)(1). *Any party in interest objecting to the Debtor's plan of reorganization, including the proposed treatment of any claim or interest under the plan, must file and serve a timely objection in accordance with this Scheduling Order and the applicable rules*.

4.   Voting on the Plan. **Wednesday, August 19, 2026**, is the deadline for submitting acceptances or rejections of the Debtor's plan of reorganization. Acceptances and rejections  must   be submitted to the Debtor's attorney:

**MAGGIE S. SOBOLESKI**
701 Market Street, Suite 5000

Philadelphia, PA 19106

215-620-2132

Email: [msoboleski@kmllawgroup.com](mailto:msoboleski@kmllawgroup.com)

5.  <u>Report of Plan Voting</u>. On or before **Friday, August 21, 2026**, the Debtor shall file a report of plan voting with the Court.

6.  <u>Service of Plan Documents</u>. On or before **Wednesday, July 22, 2026**, the Debtor shall serve a copy of this Scheduling Order and the Debtor's plan of reorganization on all creditors, equity security holders, other parties in interest, the Subchapter V Trustee, and the United States Trustee, as provided in Federal Rule of Bankruptcy Procedure 3017(d). Debtor shall also serve a ballot on all creditors and equity security holders entitled to vote on the plan.

7.  <u>Certificate of Service of Plan Documents</u>. On or before **Friday, July 24, 2026**, the Debtor shall file a certificate of service of this Scheduling Order, Debtor's plan of reorganization, and ballot with the Court.

Date: July 20, 2026

_____
Hon. Patricia M. Mayer,
United States Bankruptcy Judge