**Debtors Name**: Dilling PA LLC dba Dilling Heating and Cooling

**Case Number**: 26-11548

**Liquidation Analysis: Plan Proponent's Estimated Liquidation  (a) Cash on Hand Cash and cash equivalents are assumed to be 100% recoverable**

**(B) Loan to Shareholder**: There are no loans to Shareholders

**(D)** The value of all of the Debtor's assets equal to $73,625 per the attached liquidation schedule

The cash on hand as of July 13th was approximately $23,000.00  Cash as of the filing of the plan will be approximately $23,000.00

Value of Assets:

a. Cash on hand: $23,000.00

b. Loan to Shareholder: $0

c. Total Assets at Liquidation Value: $73,625.00 (see below to this Analysis)  d. Less: Chapter 7 trustee fees and expenses: $ 28,987.50

e. Less Chapter 11 admin fees=$ 0.00

f. Less: Priority Claims = $ 0

TOTAL VALUE OF ASSETS AT PLAN FILING:

Source: Kelly Blue Book  as of MAY 15,2026.  g. Total dollar amount of unsecured debt

$394.843.63  = $78,968.72

Percentage of claims which unsecured creditors would receive or retain in a  chapter 7 liquidation: 18% $67,637.50

Percentage of claims which unsecured creditors will receive or retain under the plan = 20% FOR A TOTAL OF $78,968.72