# REVISED EXHIBIT "A"

# PLAN PAYMENT SCHEDULE

**DILLING PA, LLC   CASE NUMBER 26-11548 PMM**

60 MONTH PAYMENT PLAN

**A/C** (ADMINISTRATIVE CLAIM) – ALL PAID IN FULL THROUGH A 60 MONTH PLAN

**U/S** = UNSECURED CLAIM S – PAID PRO-RATA BASED ON MDI AT 20% PER CLAIM

**P/C** = NONE

**PAYMENTS ARE PAID EACH MONTH OVER 60 MONTHS BASED ON MONTHLY DISPOSIBLE INCOME AS SET FORTH ON  THE PROJECTED CASH FLOW STATEMENT ATTACHED TO THE PLAN AS EXHIBIT B**

| POC FILED CREDITOR | U/S | MONTHLY PMT |
|---|---|---|
| **ALLY BANK** CLAIM 1-1 | OBJECTION TO BE FILED IF NECESSARY | |
| **CITY OF PHILA.** CLAIM 2-1 | OBJECTION TO BE FILED IF NECESSARY | |
| **T & T SUPPLY CO.** $45.00 CLAIM 3-1 | 27,699.44 x .20 = $5,360/60 = | $89.33 |
| **KINSALE INS. CO.** CLAIM 4-1 | $11,064 x .20 = $2,213/60 = | $37.00 |
| **OBERMAYER, ET. AL**. CLAIM 5-1 | $27,917 x .20 = $5,584/60 = | $94.00 |
| **J. LEMESEVSKI** CLAIM 6-1 | $113,044 x .20 = $22,609/60 = | $377.00 |
| **FORD MOTOR CREDIT** CLAIM 7-1 | OBJECTION TO BE FILED IF NECESSARY | |

| SCHEDULE F CREDITOR | U/S | MONTHLY PMT |
|---|---|---|
| ALLIED ADMINISTRATORS | $700 x .20 = $140/60 = | $3.00 |
| BEASLEY MEDIA GROUP | $19,00- x .20 = $3,800/60 = | $64.00 |
| HIGHMARK SEPA | $21,000 x .20 = $4,200/60 = | $70.00 |
| IHEART MEDIA | $16,000 x .20 = $3,200/60 = | $54.00 |
| INTERSTATE OUTDOOR ADV. | $17,000 x .20 = $3,400/60 = | $57.00 |
| PROGRESSIVE RELIANCE | $700 x .20 = $140/60 = | $3.00 |
| SHOCK IT/MAGNA 5 | $13,000 x .20 = $2,600/60 = | $44.00 |
| ANGI | $16,000 x. .20 = $3.200/60 = | $54.00 |

| ADMIN CLAIMS | PROJECTED CLAIM | MONTHLY PMT |
|---|---|---|
| SUB V TRUSTEE | $30,000 (IF EARNED AND APPROVED) | $500 |
| ATTORNEY<br>(ADMIN) | $18,000 (IF EARNED AND APPROVED) | $300 |

**TOTAL MONTHLY PLAN PAYMENTS**                    **$1,746.33**

ANY DISPUTED CLAIMS STATED ON DEBTOR'S SCHEDULE D, E AND F IF NOT LISTED AND NO PROOF OF CLAIM FILED, WILL NOT BE PAID THROUGH THE DEBTOR'S PLAN.

DEBTOR IS USING ALL OF ITS MONTHLY DISPOSIBLE INCOME TOWARD PLAN PAYMENTS.