# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                         :
                                               :        Chapter 11
DILLING PA, LLC.                               :
                                               :
        Debtor.                                :        Case No. 26-11548 (AMC)
                                               :
                                               :

_____

### PRAECIPE TO WITHDRAW AMENDED DOCUMENTS

TO THE CLERK OF THE BANKRUPTCY COURT:

Please withdraw Amended Document – *Amended Exhibit B, Projected DMI for Plan Payments*

docketed at # 41 and Amended Document – *Exhibit B, Revised Plan Payments,* docketed at #46.


Respectfully,

FOR THE DEBTOR

CENTER CITY LAW OFFICES, LLC

By: */s/ Maggie S. Soboleski*
MAGGIE S. SOBOLESKI
PA Identification No. 88268
1632 Ellsworth Street
Dated: July 24, 2026                    Philadelphia, PA 19146

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| B AND C BROTHERS, LLC. | | |
| | : | |
| Debtor. | : | Case No. 23-10986 (AMC) |
| | : | Hearing Date:  5/27/26 at 12:30 PM |
| | : | Place:  Nix Courtroom #3 |

**CERTIFICATE OF SERVICE**

I, Maggie S. Soboleski, Esquire hereby certify that a copy of the foregoing *Motion of the*

*Debtor to Reconsider Dismissal of the Debtor's Bankruptcy (the "Motion")* was served by being filed

through the Court's electronic filing system upon the following and via e-mail and as indicated:

John Schanne, Esquire, Office of the United States Trustee

Holly Smith Miller, Esquire – Subchapter V Trustee

Respectfully submitted,

*/s/ Maggie S. Soboleski*

Maggie S. Soboleski, Esquire
Center City Law Offices, LLC
Counsel to the Debtor