## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
                                                :        Chapter 11
DILLING PA, LLC.                                :
                                                :
          Debtor.                               :        Case No. 26-11548 (AMC)
                                                :
                                                :

_____

## CERTIFICATE OF SERVICE OF PLAN DOCUMENTS

I, Maggie S. Soboleski, Esquire hereby certify that a copy of the Debtor's Subchapter V Plan or Reorganization with Exhibits; Scheduling Order for Confirmation Hearing; and Voting Ballot was served by being filed through the Court's electronic filing system upon those receiving notice via ECF and upon all creditors via e-mail on JULY 24, 2026 as indicated:

    All creditors via e-mail address listed on their proofs of claims;
    All creditors listed on the clerk's mailing list via each creditors' e-mail address; and
    Any other creditors who do not receive ECF notice or do not have an e-mail address via United States Postal Service.

                                        Respectfully,

                                        FOR THE DEBTOR

                                        CENTER CITY LAW OFFICES, LLC

                                        By: */s/ Maggie S. Soboleski*
                                        MAGGIE S. SOBOLESKI
                                        PA Identification No. 88268
                                        1632 Ellsworth Street
Dated: July 24, 2026                    Philadelphia, PA 19146