| Week | Starting Cash | Service Rev | Install Rev | Total Inflows | Materials | Payroll | Accounting Zinman and Denovo payroll processing | Maggie Legal Fee | Sub V Trustee | Ford Loan | Fuel |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Week 1 (10/1) | $23,000.00 | $600.00 | $25,000.00 | $25,600.00 | $4,000.00 | $6,073.85 | $3,345.00 | $300.00 | $500.00 | | |
| Week 2 (10/5) | $19,413.65 | $700.00 | $18,000.00 | $18,700.00 | $5,000.00 | $6,073.85 | | | | $747.00 | |
| Week 3 (10/12) | $21,551.55 | $500.00 | $16,000.00 | $16,500.00 | $5,000.00 | $6,073.85 | | | | | |
| Week 4 (10/19) | $26,467.04 | $500.00 | $14,000.00 | $14,000.00 | $5,000.00 | $6,073.85 | | | | | $1,400.00 |
| Week 5 (10/26) | $27,993.19 | $650.00 | $16,000.00 | $16,450.00 | $4,000.00 | $6,073.85 | $1,515.00 | $300.00 | $500.00 | | |
| Week 6 (11/2) | $26,988.19 | $500.00 | $20,000.00 | $20,000.00 | $5,000.00 | $6,073.85 | | | | $747.00 | |
| Week 7 (11/9) | $21,636.09 | $350.00 | $15,000.00 | $15,350.00 | $5,000.00 | $6,073.85 | | | | | $1,400.00 |
| Week 8 (11/16) | $22,791.58 | $200.00 | $11,400.00 | $11,600.00 | $5,000.00 | $6,073.85 | | | | | |
| Week 9 (11/23) | $23,317.73 | $600.00 | $16,000.00 | $16,600.00 | $4,000.00 | $6,073.85 | $315.00 | | | | |
| Week 10 (11/30) | $24,412.73 | $450.00 | $18,000.00 | $18,450.00 | $5,000.00 | $6,073.85 | $1,200.00 | $300.00 | $500.00 | $747.00 | $1,400.00 |
| Week 11 (12/7) | $24,110.63 | $500.00 | $12,000.00 | $21,000.00 | $5,000.00 | $6,073.85 | | | | | |
| Week 12 (12/14) | $24,036.78 | $400.00 | $16,000.00 | $16,400.00 | $5,000.00 | $6,073.85 | | | | | |
| Week 13 (12/21) | $27,642.27 | $400.00 | $13,000.00 | $13,400.00 | $5,000.00 | $6,073.85 | | | | | |
| | | | | | | | | | | | |
| Totals | | $6,350.00 | $210,400.00 | $224,050.00 | $62,000.00 | $78,960.05 | $6,375.00 | $900.00 | $1,500.00 | | $4,200.00 |

| Week | EZ PASS | Rent | Utilities (Water/ Electric/ Waste Management) | Insurance (COI/ Chubb/ Vehicle) | Software (Podium/Service Titan/Praxis) | Marketing | Phones Verizon Internet /Cable Comcast | Total Outflows | Net Cash Flow | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| Week 1 (10/1) | | | $701.10 | $2,872.65 | $1,213.00 | $10,000.00 | $180.75 | $29,186.35 | -$3,586.35 | |
| Week 2 (10/5) | $1,210.00 | $3,531.25 | | | | | $462.18 | $16,562.10 | $2,137.90 | |
| Week 3 (10/12) | | | $401.10 | $109.56 | | | | $11,584.51 | $4,915.49 | |
| Week 4 (10/19) | | | | | | | | $12,473.85 | $1,526.15 | |
| Week 5 (10/26) | | | $300.00 | $3,553.15 | $1,213.00 | | $180.75 | $17,455.00 | -$1,005.00 | |
| Week 6 (11/2) | | $3,531.25 | | | | $10,000.00 | | $25,352.10 | -$5,352.10 | |
| Week 7 (11/9) | $1,210.00 | | $401.10 | $109.56 | | | $462.18 | $14,194.51 | $1,155.49 | |
| Week 8 (11/16) | | | | | | | | $11,073.85 | $526.15 | |
| Week 9 (11/23) | | | $350.00 | $3,553.15 | $1,213.00 | | $180.75 | $15,505.00 | $1,095.00 | |
| Week 10 (11/30) | | $3,531.25 | | | | | | $18,752.10 | -$302.10 | |
| Week 11 (12/7) | | | | | | $10,000.00 | $462.18 | $21,073.85 | -$73.85 | |
| Week 12 (12/14) | $1,210.00 | | $401.10 | $109.56 | | | | $12,794.51 | $3,605.49 | |
| Week 13 (12/21) | | | | | | | | $11,073.85 | $2,326.15 | |
| | | | | | | | | | | |
| Totals | $3,630.00 | $10,593.75 | $2,554.40 | $10,307.63 | $3,639.00 | $30,000.00 | $1,928.79 | $217,081.58 | $6,968.42 | |

| Week | | | | | | | |
|---|---|---|---|---|---|---|---|
| Week 1 (10/1) | | | | | | | |
| Week 2 (10/5) | | | | | | | |
| Week 3 (10/12) | | | | | | | |
| Week 4 (10/19) | | | | | | | |
| Week 5 (10/26) | | | | | | | |
| Week 6 (11/2) | | | | | | | |
| Week 7 (11/9) | | | | | | | |
| Week 8 (11/16) | | | | | | | |
| Week 9 (11/23) | | | | | | | |
| Week 10 (11/30) | | | | | | | |
| Week 11 (12/7) | | | | | | | |
| Week 12 (12/14) | | | | | | | |
| Week 13 (12/21) | | | | | | | |
| | | | | | | | |
| Totals | | | | | | | |