# REVISED EXHIBIT "A"

# PLAN PAYMENT SCHEDULE

**DILLING PA, LLC   CASE NUMBER 26-11548 PMM**

60 MONTH PAYMENT PLAN

**A/C** (ADMINISTRATIVE CLAIM) – ALL PAID IN FULL THROUGH A 60 MONTH PLAN

**U/S** = UNSECURED CLAIM S – PAID PRO-RATA BASED ON MDI AT 20% PER CLAIM

**P/C** = NONE

**PAYMENTS ARE PAID EACH MONTH OVER 60 MONTHS BASED ON MONTHLY DISPOSIBLE INCOME AS SET FORTH ON THE PROJECTED CASH FLOW STATEMENT ATTACHED TO THE PLAN AS EXHIBIT B**

**POC FILED CREDITOR**               **U/S**               **MONTHLY PMT**

**ALLY BANK**       OBJECTION TO BE FILED IF NECESSARY
CLAIM 1-1

**CITY OF PHILA.**    OBJECTION TO BE FILED IF NECESSARY
CLAIM 2-1

**T & T SUPPLY CO.**            27,699.44 x .20 = $5,360/60 =    $89.33
         $45.00
CLAIM 3-1

**KINSALE INS. CO.**            $11,064 x .20 = $2,213/60 =    $37.00
CLAIM 4-1

**OBERMAYER, ET. AL**.            $27,917 x .20 = $5,584/60 =    $94.00
CLAIM 5-1

**J. LEMESEVSKI**            $113,044 x .20 = $22,609/60 =    $377.00
CLAIM 6-1

**FORD MOTOR CREDIT**    OBJECTION TO BE FILED IF NECESSARY
CLAIM 7-1

| SCHEDULE F CREDITOR | U/S | MONTHLY PMT |
|---|---|---|
| ALLIED ADMINISTRATORS | $700 x .20 = $140/60 = | $3.00 |
| BEASLEY MEDIA GROUP | $19,00- x .20 = $3,800/60 = | $64.00 |
| HIGHMARK SEPA | $21,000 x .20 = $4,200/60 = | $70.00 |
| IHEART MEDIA | $16,000 x .20 = $3,200/60 = | $54.00 |
| INTERSTATE OUTDOOR ADV. | $17,000 x .20 = $3,400/60 = | $57.00 |
| PROGRESSIVE RELIANCE | $700 x .20 = $140/60 = | $3.00 |
| SHOCK IT/MAGNA 5 | $13,000 x .20 = $2,600/60 = | $44.00 |
| ANGI | $16,000 x. .20 = $3.200/60 = | $54.00 |
| PIERCE PHELPS | $199,000 x .20 = $39,800/60 = | $633.00 |

| ADMIN CLAIMS | PROJECTED CLAIM | MONTHLY PMT |
|---|---|---|
| SUB V TRUSTEE | $30,000 (IF EARNED AND APPROVED) | $500 |
| ATTORNEY (ADMIN) | $18,000 (IF EARNED AND APPROVED) | $300 |

**TOTAL MONTHLY PLAN PAYMENTS**          **$2,379.33**

_____

ANY DISPUTED CLAIMS STATED ON DEBTOR'S SCHEDULE D, E AND F IF NOT LISTED AND NO PROOF OF CLAIM FILED, WILL NOT BE PAID THROUGH THE DEBTOR'S PLAN.

DEBTOR IS USING ALL OF ITS MONTHLY DISPOSIBLE INCOME TOWARD PLAN PAYMENTS.