**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In Re:<br>DILLING PA, LLC *dba DILLING HEATING AND COOLING*<br>DEBTOR(S)<br><br>ALLY BANK<br>MOVANT<br>v.<br>DILLING PA, LLC *dba DILLING HEATING AND COOLING*<br>Debtor(s)<br><br>Respondent(s) | Chapter 11<br><br>Case Number: 26-11548-pmm |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND IN-PERSON HEARING DATE**

Ally Bank has filed with the Court a Motion for Relief from the Automatic Stay under 11 USC §362(d) in order to proceed with its rights under non- bankruptcy law with regard to the personal property known as a 2021 Chevrolet Express 2500 VIN: 1GCWGAF79M1154853.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then on or before **October 7, 2026, you or your attorney must file a response to the Motion**. (see Instructions on next page).

2. A hearing on the Motion is scheduled to be held on October 14, 2026, at 9:30 a.m. in Courtroom 3, United States Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Suite 400, Philadelphia, PA 19107-4299. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing. Requests for participation other than in person must be made pursuant to Local Bankruptcy Rule 9076-1.

3. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

4. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at (610) 208-5040 to find out whether the hearing has been canceled because no one filed an answer.

5. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

## Filing Instructions

6. If you are required to file documents electronically by Local Bankruptcy Rule 5005-2, you must file your response electronically.

7. If you are not required to file electronically, you must file your response at

(a) Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

In Philadelphia:

900 Market Street, Suite 400
Philadelphia, PA 19107-4299

In Reading:

U.S. Bankruptcy Court, Clerks Office The Gateway Building
201 Penn Street, Suite 103
Reading, PA 19601

8. If you mail your response to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

9. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

Brent Lemon
McCalla Raymer Leibert Pierce,
LLP
325-41 Chestnut Street, Suite 725
Philadelphia, Pennsylvania, 19106
Telephone:215-602-7218
Brent.Lemon@mccalla.com

and to the Trustee:

Leona Mogavero, Esq.
Zarwin, Baum, DeVito, Kaplan,
2005 Market Street
Ste 16th Floor
Philadelphia, PA 19103

and to the U.S. Trustee: United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Date: 09/23/2026

MCCALLA RAYMER LEIBERT PIERCE, LLP

*By: /s/ **Brent Lemon***

Brent Lemon
McCalla Raymer Leibert Pierce, LLP
325-41 Chestnut Street, Suite 725
Philadelphia, Pennsylvania, 19106
Telephone:215-602-7218
Brent.Lemon@mccalla.com