**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| DILLING PA, LLC., | : | Chapter 11 |
| | : | |
| | : | |
| Debtor. | : | Case No. 26- 11548 (PMM) |

## NOTICE OF DEBTOR'S APPLICATION TO EMPLOY COUNSEL FOR DEBTOR

TO: Office of the U.S. Trustee, Rule 2002 Parties, All Creditors and Party-in-Interest:

NOTICE IS HEREBY GIVEN THAT:

1. On APRIL 13, 2026, DILLING PA, LLC (the "Debtor") filed a voluntary petition for relief under chapter 11 of the United States Code.

2. An Application of Debtor to Employ CENTER CITY LAW OFFICES, LLC as counsel for the Debtor (the "Application") has been filed with the United States Bankruptcy Court for the Eastern District of Pennsylvania.

3. The Debtor has determined that it requires the services of a professional experienced in the reorganization of a business under Chapter 11 Subchapter V.

4. The Debtor wishes to employ CENTER CITY LAW OFFICES, LLC ("CCLO") as Counsel in connection with its case.

5. CCLO has extensive experience in the reorganization of debtors under Chapter 1, Subchapter V.

6. The services to be provided to the Debtor by CCLO are fully outlined in the Application and supporting Affidavit which is incorporated herein by reference.

7. Any creditor or party in interest, or the United States Trustee my file an answer, objection or other responsive pleading to the Application with the Office of the United

States Bankruptcy Court for the Eastern District of Pennsylvania, Robert C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107, and serve a copy upon counsel for the Debtor whose name and address appear below within seven (7) calendar days of the date of this Notice.

8. Any creditor, party in interest, or the United States Trustee may request a hearing in writing stating the reasons why a hearing is necessary.

9. In the absence of any answers, objections, responsive pleadings, or requests for a hearing, the Court may enter an Order approving the Application of Center City Law Offices, LLC as COUNSEL to the Debtor.

FOR THE DEBTOR

CENTER CITY LAW OFFICES, LLC

By: ***/s/ Maggie S. Soboleski***
MAGGIE S. SOBOLESKI
PA Identification No. 88268
1632 Ellsworth Street
Philadelphia, PA 19146

Dated: OCTOBER 15, 2026

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| DILLING PA, LLC., | : | Chapter 11 |
| | : | |
| | : | |
| Debtor. | : | Case No. 26- 11548 (PMM) |

## <u>CERTIFICATE OF SERVICE</u>

I, Maggie S. Soboleski, Esquire hereby certify that a copy of the foregoing *Application to Employ Counsel to the Debtor (the "Application")* was served by being filed through the Court's electronic filing system upon the following and all those requesting service via the Court's ECF system and via e-mail to the following:

Hannah McCollum, Esquire, Office of the United States Trustee

Megan Harper, Esquire – City of Philadelphia Law Department

Leona Mogavera, Esquire – Subchapter V Trustee

Respectfully submitted,

*<u>/s/ Maggie S. Soboleski</u>*

Maggie S. Soboleski, Esquire
Center City Law Offices, LLC
Proposed Counsel to the Debtor