**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| DILLING PA, LLC., | : | |
| | : | |
| Debtor. | : | Case No. 26-11548 (PMM) |

**AMENDED PROPOSED ORDER**

AND NOW, this _____________ day of ____________ 2026 upon consideration of the Application of CENTER CITY LAW OFFICES, LLC, as Debtor's COUNSEL, (the "Application"), the Court having concluded that the employment of MAGGIE SOBOLESKI, ESQ. AND CENTER CITY LAW OFFICES, LLC (the "Applicant") is necessary and is in the best interest of the Debtor, the Court being satisfied that the Applicant represents no interest adverse to the estate with respect to matters as to which it is to be engaged; that the Applicant is disinterested under Sections 101 and 327 of the United States Bankruptcy Code, and sufficient cause appearing therefore, it is

ORDERED AND DECREED that:

1. The Application is APPROVED; and
2. The Debtor is hereby authorized to employ MAGGIE SOBOLESKI, ESQ., and CENTER CITY LAW OFFICES, LLC., effective as of **SEPTEMBER 22, 2026,** pursuant to the terms more fully set forth in the Application and MAGGIE SOBOLESKI, ESQ. AND CENTER CITY LAW OFFICES, LLC., may receive such compensation as is approved by this Court upon application after notice and opportunity for hearing.

____________________________
Patricia M. Mayer
United States Bankruptcy Judge