**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| DILLING PA, LLC. | | |
| | : | |
| Debtor. | : | Case No. 26-11548 (AMC) |
| | : | |
| | : | |

---

**PRAECIPE TO WITHDRAW DUPLICATE DOCUMENT**

TO THE CLERK OF THE BANKRUPTCY COURT:

Please withdraw the duplicate Notice of Application to Employ Luke Seier, CPA as Accountant for the Debtor docketed at #64.

Respectfully,

FOR THE DEBTOR

CENTER CITY LAW OFFICES, LLC

By: ***/s/ Maggie S. Soboleski***
MAGGIE S. SOBOLESKI
PA Identification No. 88268
1632 Ellsworth Street
Philadelphia, PA 19146

Dated: October 26, 2026