**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | |
| | : | Chapter 11 |
| | : | |
| DILLING PA, LLC, | : | |
| | : | |
| | : | Case No. 26-11548 (PMM) |
| Debtor. | : | |

**PRAECIPE TO WITHDRAW DOCUMENT**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Objection to the Chapter 11 Plan Small Business Subchapter V [Docket No. 54] which was filed on August 20, 2026.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: October 27, 2026 By: */s/ Pamela Elchert Thurmond*

PAMELA ELCHERT THURMOND
Senior Attorney
PA Attorney I.D. 202054
Attorney for the City of Philadelphia
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595
215-686-0508 (phone)
Email: Pamela.Thurmond@phila.gov