**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | |
| | : | Chapter 11 |
| | : | |
| DILLING PA, LLC, | : | |
| | : | |
| | : | Case No. 26-11548 (PMM) |
| Debtor. | : | |

## PRAECIPE TO WITHDRAW CLAIM

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Claim No. 2, filed by the City of Philadelphia on April 21, 2026.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: October 27, 2026

By: */s/ Pamela Elchert Thurmond*
PAMELA ELCHERT THURMOND
Senior Attorney
PA Attorney I.D. 202054
Attorney for the City of Philadelphia
and/or
Water Revenue Bureau
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA 19102-1595
215-686-0508 (phone)
Email: Pamela.Thurmond@phila.gov